Richard E. CROATT and Violet M. Croatt, Appellants,

v.

SHAW–LUNDQUIST ASSOCIATES, INC., Respondent,

and

SHOLOM HOMES, INC., et al., Defendants,

v.

VICKERMAN CONSTRUCTION COMPANY, Third-Party Defendant, Respondent.

No. C5–82–1066.

Supreme Court of Minnesota.

April 6, 1984.

Oberg & Mannikko, Joseph L. Mannikko, Wayzata, Nichols, Kruger, Starks & Carruthers, Donald H. Nichols, Minneapolis, for appellants.

Meagher, Geer, Markham, Anderson, Adamson, Flaskamp & Brennan, R.D. Blanchard, Laura S. Underkuffler, Minneapolis, for respondent Shaw-Lundquist Assoc.

Bassford, Heckt, Lockhart & Mullin, P.A., Jerome C. Briggs, Minneapolis, for defendants.

Murnane, Conlin, White, Brandt & Hoffman, Thomas M. Conlin, Michael J. Dwyer, St. Paul, for respondent Vickerman Const. Co.

### ORDER

PER CURIAM.

The court being evenly divided on the issues presented for decision in this matter, the order of the Hennepin County District Court dated July 6, 1982, is hereby affirmed.

COYNE, J., took no part in the consideration or decision of this case.